UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ENARGY POWER CO. LTD. et al.,** ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> **XIAOLONG WANG et al.,** ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 13-11348-DJC |

## PRELIMINARY INJUNCTIVE ORDER

Upon the motion of Plaintiffs Energy Power Co. Ltd. ("Enargy"), Enargy Corporation, Jacky Chen and Zoomkoh Management LLC (collectively "Plaintiffs") for a preliminary injunction and consideration of the underlying complaint, affidavits and memoranda of law filed by the parties in this matter and pursuant to this Court's Memorandum and Order dated December 3, 2013, it is hereby ORDERED as follows:

1. Defendant Xiaolong Wang is hereby ordered to disclose to Plaintiff Enargy Power Co. Ltd. the password for the encrypted WinRAR file, which contains files relating to the so-called "PH Project," and which is located on Plaintiff Enargy Power Co. Ltd.'s computer server, within five days of the effective date of this Order.

2. Defendants Xiaolong Wang and Cecei Chen ("Defendants") are hereby enjoined, during the pendency of this litigation, from using, accessing, interfering with or obtaining funds from any bank account registered in the name of any of the Plaintiffs, including but not limited to Bank of America Acct. No. XXXXXXXX9064.

1

This order shall become effective upon Plaintiffs' filing of a bond pursuant to Fed. R. Civ. P. 65 in the amount of $10,000 and its notice to Defendants of such filing.

**So Ordered** this 3rd day of December 2013.

/s/ Denise J. Casper
United States District Judge